AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

DONALD RAY MCCUNE,

     Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                                        CASE NUMBER: 3:12-CV-00257-RCJ-WGC

BRIAN SANDOVAL, et al.,

     Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED for failure to state a claim upon which relief may be granted.


 June 7, 2012                                                       **LANCE S. WILSON**
    Date                                                                     Clerk

                                                                         /s/   M. Campbell
                                                                         Deputy Clerk