AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

DONALD RAY MCCUNE,

      Plaintiff,

V.

BRIAN SANDOVAL, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:12-CV-00257-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED for failure to state a claim upon which relief may be granted.

June 7, 2012                                            **LANCE S. WILSON**
   Date                                                        Clerk

                                                                  /s/   M. Campbell
                                                                     Deputy Clerk